

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00013-CV

Guadalupe **RAMOS**,
Appellant

v.

**GOLDEN RIBBON INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV04293
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

Delivered and Filed:  March 25, 2015

DISMISSED

A copy of appellant's notice of appeal was filed in this court on January 9, 2015. The clerk of the court notified the appellant in writing that our records did not reflect payment of the $195 filing fee. In addition, our record contains no evidence appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On February 19, 2015, this Court ordered appellant to show cause in writing by March 6, 2015, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. Appellant was advised that if he failed to respond within

the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond.

The appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM